**Dismissal and Opinion Filed March 2, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01075-CV**

**MERCURY OPERATING, LLC AND STEFAN T. TOTH, Appellants**
**V.**
**PETROROCK MINERAL HOLDINGS, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04656**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Miskel

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Emily Miskel/
EMILY MISKEL
JUSTICE

221075F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MERCURY OPERATING, LLC
AND STEFAN T. TOTH, Appellants

No. 05-22-01075-CV      V.

PETROROCK MINERAL
HOLDINGS, LLC, Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas.
Trial Court Cause No. DC-22-04656.
Opinion delivered by Justice Miskel.
Justices Molberg and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee PETROROCK MINERAL HOLDINGS,
LLC recover its costs of this appeal from appellants MERCURY OPERATING,
LLC AND STEFAN T. TOTH.

Judgment entered this 2nd day of March 2023.